■ EDWARD L. MANTOR, JR., et al., Appellants, v GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA, Respondent, et al., Defendant. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Mantor v General Acc. Ins. Co.* ([appeal No. 1], 129 AD2d 998 [decided herewith]). (Appeal from order of Supreme Court, Onondaga County, Roy, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Green and Lawton, JJ.